13856. MERRELL *v.* THE STATE.

LUKE, J. The evidence fully authorized, if indeed it did not demand, the conviction of the defendant. The special grounds of the amended motion are without merit. The trial court having approved the verdict of guilty, it was not error for any reason assigned to overrule the motion for a new trial.

  *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
     DECIDED DECEMBER 12, 1922.

Accusation of possession of liquor; from city court of Carrollton — Judge Hood. July 8, 1922.

*James Beall,* for plaintiff in error.

*Willis Smith, solicitor, Emmett Smith,* contra.